AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

Ines Contreras and Cristobal Loyo

*Plaintiff(s)*

v.

Civil Action No. 4:14-cv-6

Corsicana Bedding, Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* c/o Kim Cobb or Mike Dane
Corsicana Bedding, Inc.
1 Cedar King Rd.
Shelbyville, TN 37160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Andrew Free
217 Second Avenue North
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/03/2014

CLERK OF COURT

Debra C. Poplin

*Signature of Clerk or Deputy Clerk*